

July 25, 2019

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

V<span style="font-variant:small-caps">ia</span> CM/ECF

    **RE:**   *Velasquez v. Vikrant Contracting & Builders, Inc.*
             Case No. 1:15-cv-02783-RRM-RLM
             Motion for Phone Conference

Your Honor:

We represent the plaintiffs in the above-described wage and hour matter. On May 18th, 2016 (over three years ago), the parties filed their briefings regarding Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint. Dkt 60. On February 3rd, 2017, Plaintiffs filed a supplemental response to the defendants' motion, along with the defendants' reply to that response. Dkt 65. This motion has been pending before the Court since then.

We respectfully request a phone conference to discuss the status of this matter. We thank the Court for its attention.

                                                    Sincerely,

                                                    Penn Dodson, Esq.
                                                    *penn@andersondodson.com*