UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAUL VELASQUEZ, *et al.*
in their individual capacities and
on behalf of others similarly situated,

        Plaintiffs,

v.

VIKRANT CONTRACTING & BUILDERS, INC.,
PALWINDER "ROMAN" SINGH, an individual,
ZORIA REALTY, INC.
ZORIA HOUSING LLC, and
LAKHI ZORIA, an individual,

        Defendants.

Case No. 1:15-cv-2783-RRM-RLM

## PLAINTIFFS' MOTION FOR RULING

**COME NOW** the Plaintiffs and move this Court to issue a ruling regarding Defendants' Joint Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint [Dkt. 60], and Plaintiffs' Supplemental Response to the Defendants' Motion. [Dkt. 65].

On May 18, 2016—almost four years ago—the Defendants in this action filed their Joint Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint, complete with Plaintiffs' Response. [Dkt. 60]. On December 19, 2016, Plaintiffs moved the Court for leave to supplement their response to Defendants' Motion with information from a then-recent ruling. [Dkt. 62]. On December 20, 2016, that motion was granted. On February 3, 2017, Plaintiffs filed their Supplemental Memorandum of Law in Opposition to Defendants Motion to Dismiss. [Dkt. 65]. All of these motions have been pending before the Court since then.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

Plaintiffs respectfully request that this Court issue a ruling on all of the issues outlined above.

Respectfully submitted, this **14th** day of **January, 2020.**

ANDERSONDODSON, P.C.

*[signature]*

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway, Suite 615
New York, NY  10004
212.961.7639 tel
646.998.8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Velasquez v. Vikrant Contracting & Builders, Inc.*
USDC, Eastern District of New York

Plaintiffs' Motion for Ruling
Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**RAUL VELASQUEZ**, *et al.*
in their individual capacities and
on behalf of others similarly situated,

        Plaintiffs,

v.

**VIKRANT CONTRACTING & BUILDERS, INC.**,
**PALWINDER "ROMAN" SINGH,** an individual,
**ZORIA REALTY, INC.**
**ZORIA HOUSING LLC**, and
**LAKHI ZORIA**, an individual,

        Defendants.

Case No. 1:15-cv-2783-RRM-RLM

---

### CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused to be filed this Plaintiffs' Motion for Ruling that will ensure delivery to the following recipients via ECF:

<u>Counsel for Vikrant Contracting & Builders, Inc. and Palwinder "Roman" Singh</u>
Bruce Ettman, Esq.  (*bettman@csglaw.com*)
Margaret O'Rourke Wood, Esq. (*mwood@csglaw.com*)
CHIESA SHAHINIAN & GIANTOMASI PC
140 Broadway, 46th floor
New York, NY 10005

<u>Counsel for Zoria Realty, Inc., Zoria Housing LLC and Lakhi Zoria</u>
Eric Su (*esu@fordharrison.com*)
FORD HARRISON LLP
100 Park Ave, Ste 2500
New York, NY 10017

Respectfully submitted, this **14th** day of **January, 2020.**

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Velasquez v. Vikrant Contracting & Builders, Inc.*
USDC, Eastern District of New York

Plaintiffs' Motion for Ruling
Page 3

ANDERSONDODSON, P.C.

**Penn A. Dodson (PD 2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway
Suite 615
New York, NY  10004
212.961.7639 tel
646.998.8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
*www.andersondodson.com*

*Velasquez v. Vikrant Contracting & Builders, Inc.*
USDC, Eastern District of New York

Plaintiffs' Motion for Ruling
Page 4