

March 10, 2020

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Via</u> CM/ECF

    **RE:**   *Velasquez v. Vikrant Contracting & Builders, Inc.*
             Case No. 1:15-cv-02783-RRM-RLM
             Second Request for Phone Conference

Your Honor:

We represent the Plaintiffs in the above-described wage and hour matter. On July 25th, 2019, we wrote to this Court requesting a phone conference to discuss the status of the ruling on briefings regarding Defendants' Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint. [Dkt. 68]. The briefings in question were filed in early 2017, more than three years ago. There was no order or response to that request. We also filed a Motion for Ruling on January 14, 2020, to which there has been no response or order. [Dkt. 69].

Again, we respectfully request a phone conference to discuss the status of this matter. We thank the Court for its attention.

                                                    Sincerely,

                                                    Penn Dodson, Esq.
                                                    *penn@andersondodson.com*